**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MALDONADO TAPIA, | Case No. CV-17-3436-R |
| Plaintiff(s), | |
| v. | **ORDER OF DISMISSAL BY LACK OF PROSECUTION** |
| FCA US LLC, a Delaware Company; and DOES 1 through 10, inclusive. | |
| Defendant(s). | |

Plaintiff was ordered to show cause in writing by not later than **February 20, 2018** why this action should not be dismissed for lack of prosecution;

WHEREAS, this period has elapsed without any action by plaintiff.

The Court hereby DISMISSES this instant action for lack of prosecution. Accordingly, Defendant FCA US LLC.'s Motion to Compel (Dckt. No. 22) is MOOT and all dates are vacated.

Dated: February 21, 2018

HONORABLE MANUEL L. REAL
UNITED STATES DISTRICT JUDGE